FILED

FEB 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR310-DMS |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| SALVADOR VENEGAS-FLORES, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about January 10, 2008, within the Southern District of California, defendant SALVADOR VENEGAS-FLORES being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his

//

//

WDK:psd:San Diego
1/16/08

1 | conviction for violation of Title 8, United States Code,
2 | Section 1325, Criminal Case No. 99CR0868K, in the United States
3 | District Court for the Southern District of California; all in
4 | violation of Title 8, United States Code, Section 1325, a felony.
5 | DATED: February 7, 2008.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney