AO 455(Rev. 5/85) Waiver of Indictment

FILED
FEB 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

SALVADOR VENEGAS-FLORES

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR310-DMS

I, SALVADOR VENEGAS-FLORES, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2-7-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Salvador Venegas
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER